DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREEM FARRELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2335

[August 16, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 2010CF002086 A.

Kareem Farrell, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***